IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**District Judge Christine M. Arguello**

Civil Action No. 20-cv-00065-CMA-GPG

FRANCIS STUCKENS,

    Plaintiff,

v.

SAGE DINING SERVICES, INC., a Delaware Corporation,

    Defendant.

---

## ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

---

On May 20, 2022, Plaintiff Francis Stuckens filed *pro se* a Motion and Affidavit For Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. (ECF No. 58). However, Plaintiff has not filed a Notice of Appeal. (*See* docket). Therefore, the Motion and Affidavit For Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 will be denied as premature.

Additionally, the Court finds that, based on the financial information submitted to the Court, Plaintiff fails to show a financial inability to pay the required filing fees. Further, Plaintiff has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of an appeal.

Accordingly, it is

ORDERED that the Motion and Affidavit For Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  (ECF No. 58) is denied without prejudice.

DATED:  May 24, 2022

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court

2